**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DR. ROBERT W. EMERY**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | Case No. 1:00CV00537(RCL) |
| ) | |
| **STEVEN A. GUTTENBERG,**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE RESPONSE
TO PLAINTIFF'S COMPLAINT**

Defendant Steven A. Guttenberg ("Gutenberg"), with the consent of Plaintiff Robert W. Emery, moves for an extension of twelve (12) days to May 1, 2008 for the Defendant to file a responsive pleading to the Plaintiff's complaint.

1. On March 28, 2008, Plaintiff served a complaint against Defendant, seeking *inter alia* alleged accounts owed to Plaintiff.

2. Defendant requires an opportunity to investigate the merits of the Plaintiff's complaint and accumulate information in order to respond.

3. This is the first request for an extension requested by the Defendant in this matter. No pretrial schedule has been ordered.

4. Counsel for the Plaintiff has consented to the motion and has authorized undersigned counsel to represent their consent to the Court.

Therefore, Defendant respectfully request that this Court enter an order extending the deadline for the Defendant's responsive pleading to the Plaintiff's Complaint to May 1, 2008.

*[signature block on following page]*

Dated: April 14, 2008    Respectfully submitted,

_____/s/_____
Geoffrey P. Gitner (D.C. Bar No. 176479)
THE LAW OFFICES OF GEOFFREY P. GITNER
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 772-5926

*Counsel to Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. ROBERT W. EMERY )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>STEVEN A. GUTTENBERG, )<br> )<br>Defendant. )<br> ) | Case No. 1:00CV00537(RCL) |

## [PROPOSED] ORDER

The Court has considered the Defendant's Consent Motion For Enlargement of Time to Respond to Plaintiff's Complaint. Finding that the motion should be **GRANTED**, it is hereby **ORDERED** that Defendant's response to the Plaintiff's Complaint shall be filed by May 1, 2008.

                                                                                   Hon. Royce C. Lamberth
                                                                                   United States District Judge

Dated:_____

**Copies to:**

Geoffrey P. Gitner, Esq.
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, DC 20037

Brian L. Schwalb, Esq.
Seth A. Rosehthal, Esq
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004

## Certificate of Service

      I hereby certify that a true copy of the foregoing was served this 14th day of April 2008, by the court's electronic filing system and by first class mail addressed to the following:

Brian L. Schwalb, Esq.
Seth A. Rosehthal, Esq
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004

                                                                         /s/
                                                    Geoffrey P. Gitner