**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DR. ROBERT W. EMERY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:08CV00537(RCL) |
| ) | |
| **STEVEN A. GUTTENBERG, P.C.** (formerly ) | |
| named "Drs. Gutenberg and Emery, P.C.") ) | |
| ) | |
| **Defendant.** ) | |

**PARTIES' JOINT CONSENT MOTION
FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE RESPONSE
TO PLAINTIFF'S COMPLAINT**

Plaintiff Robert W. Emery ("Emery") and Defendant, Steven A. Guttenberg, P.C. ("Guttenberg") (formerly named "Drs. Guttenberg and Emery, P.C.") move for an extension of nineteen (19) days to May 19, 2008 for the Defendant to file a responsive pleading to the Plaintiff's complaint.

1. On March 28, 2008, Plaintiff served a complaint against Defendant, seeking *inter alia* alleged accounts owed to Plaintiff.

2. On April 17, 2008 the Court granted the Defendant's Consent Motion for an enlargement of time until May 1, 2008 for the Defendant to investigate the merits of the Plaintiff's complaint and accumulate information in order to respond.

3. The parties have entered into negotiations seeking to resolve this matter without further litigation, and request the Court grant them the time to conduct these negotiations.

4. This is the second request for an extension. As stated above, the first was by the Defendant with the consent of the Plaintiff.

5. Counsel for the Plaintiff has authorized Defendant's counsel to file this joint motion on the behalf of the Plaintiff.

Therefore, the parties respectfully request that this Court enter an order extending the deadline for the Defendant's responsive pleading to the Plaintiff's Complaint to May 19, 2008.

Dated: April 29, 2008                             Respectfully submitted,

                                                  _____/s/_____
                                                  Geoffrey P. Gitner (D.C. Bar No. 176479)
                                                  THE LAW OFFICES OF GEOFFREY P. GITNER
                                                  Watergate, Twelfth Floor
                                                  600 New Hampshire Ave., N.W.
                                                  Washington, D.C. 20037
                                                  (202) 772-5926

                                                  *Counsel to Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. ROBERT W. EMERY**        ) | |
|                                ) | |
| **Plaintiff,**                 ) | |
|                                ) | |
| v.                             ) | Case No. 1:00CV00537(RCL) |
|                                ) | |
| **STEVEN A. GUTTENBERG, P.C.** (formerly ) | |
| named Drs. Guttenberg and Emery P.C.)   ) | |
|                                ) | |
| **Defendant.**                 ) | |

**[PROPOSED] ORDER**

The Court has considered the parties' Joint Motion For Enlargement of Time to Respond to Plaintiff's Complaint. Finding that the motion should be **GRANTED**, it is hereby

**ORDERED** that Defendant's response to the Plaintiff's Complaint shall be filed by May 19, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:_____

**Copies to:**

Geoffrey P. Gitner, Esq.
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, DC 20037

Brian L. Schwalb, Esq.
Seth A. Rosehthal, Esq
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004

**Certificate of Service**

      I hereby certify that a true copy of the foregoing was served this 29th day of April 2008, by the court's electronic filing system and by first class mail addressed to the following:

Brian L. Schwalb, Esq.
Seth A. Rosehthal, Esq
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004

                                                   /s/
                                      Geoffrey P. Gitner