IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. ROBERT W. EMERY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN A. GUTTENBERG, P.C. (formerly )<br>named "Drs. Gutenberg and Emery, P.C.") )<br>)<br>Defendant. ) | Case No. 1:08CV00537(RCL) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert W. Emery and Defendant Steven A. Guttenberg, P.C. hereby jointly stipulate to the voluntary dismissal of this case with prejudice on the grounds that the parties have agreed to settle the matter without further contested litigation and have released one another from all claims that have been or could have been alleged in this case.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Brian L. Schwalb (D.C. Bar No. 428551) | Geoffrey P. Gitner (D.C. Bar No. 176479) |
| Seth A. Rosenthal (D.C. Bar No. 482586) | THE LAW OFFICES OF |
| Venable LLP |   GEOFFREY P. GITNER |
| 575 7th Street, N.W. | Watergate, Twelfth Floor |
| Washington, DC  20004 | 600 New Hampshire Ave., N.W. |
| Telephone:  (202) 344-4000 | Washington, D.C. 20037 |
| Facsimile:  (202) 344-8300 | Telephone:  (202) 772-5926 |
| | |
| *Counsel for Plaintiff* | *Counsel to Defendant* |
|   *Robert W. Emery, III* |   *Steven A. Guttenberg, P.C.* |

Dated:   June 13, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served this 13th day of June, 2008, by the court's electronic filing system and by first class mail addressed to the following:

Geoffrey P. Gitner, Esq.
THE LAW OFFICES OF GEOFFREY P. GITNER
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037

_____/s/_____
Seth Rosenthal